# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
HAMPTON M. YOUNG, BAR NO. 11.

No. 84663

FILED

JUN 22 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER IMPOSING RECIPROCAL DISCIPLINE AND SUSPENDING ATTORNEY

This is a petition under SCR 114 to reciprocally discipline attorney Hampton M. Young based on his one-year suspension in Wyoming for violations of Wyoming Rules of Professional Conduct 1.15 (safekeeping property belonging to clients or others) and 5.3 (oversight of nonlawyer assistants). In the Wyoming disciplinary proceedings, Young stipulated that he failed to maintain proper trust account records; improperly commingled personal, business, and client funds; and failed to adequately supervise his legal assistant, resulting in the legal assistant embezzling thousands of dollars of client and firm funds.[1]

Under SCR 114(4), this court must impose identical reciprocal discipline unless the attorney demonstrates or this court determines that (1) the other jurisdiction failed to provide adequate notice, (2) the other jurisdiction imposed discipline despite a lack of proof of misconduct, (3) the established misconduct warrants substantially different discipline in this jurisdiction, or (4) the established misconduct does not constitute

---

[1]No clients were found to be harmed by Young's legal assistant's actions.

22-19673

misconduct under Nevada's professional conduct rules. We conclude that none of the exceptions apply, and so we grant the petition for reciprocal discipline. Accordingly, we hereby suspend Young for one year from the date of this order. The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____ C.J.
Parraguirre

_____ , J.
Hardesty

_____ , J.
Stiglich

_____ , J.
Cadish

_____ , J.
Silver

_____ , J.
Pickering

_____ , J.
Herndon

cc:  Bar Counsel, State Bar of Nevada
     Hampton M. Young, Jr.
     Executive Director, State Bar of Nevada
     Admissions Office, United States Supreme Court